Ludie Cottle and William Cottle, appellees, v. Charles B. Travis, appellant. Gen. No. 31,729.

Action to recover damages sustained on breach of realty sales contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Louis P. Piquett, for appellant. Charles A. Wilson, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Folta, plaintiff in error. Gen. No. 31,304.

Prosecution for embezzlement. Conviction of petit larceny. Error to the Criminal Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927. Rehearing denied December 10, 1927.

Maximilian J. St. George, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Lee R. LaRochelle and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

The Garrett Biblical Institute, appellee, v. Franklin Fire Insurance Company, appellant. Gen. No. 31,662.

Action to recover fire insurance rebate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927. Rehearing denied December 10, 1927.

Stephen A. Cross and E. L. Snider, for appellant. Butler, Lamb, Foster & Pope, for appellee; Arvid B. Tanner, of counsel.

Mr. Justice Wilson delivered the opinion of the court.